PEB/CD: USAO#2018R00132

FILED
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

2019 APR 24 PM 4: 44

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FERNANDO CRISTANCHO,<br><br>Defendant. | CRIMINAL NO. ELH-18-098<br><br>(Coercion and Enticement, 18 U.S.C. § 2422(b); Production of Child Pornography, 18 U.S.C. § 2251(a); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 2253) |

## SUPERSEDING INDICTMENT

### General Allegations

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Superseding Indictment,

1. Defendant **FERNANDO CRISTANCHO** (hereinafter "**CRISTANCHO**"), was born in 1956 in the Republic of Colombia.

2. **CRISTANCHO** was ordained as a priest in the Roman Catholic Diocese of Istmina-Tado, in the Republic of Colombia.

3. **CRISTANCHO** moved to the United States in or about 1995 and was employed as an assistant priest in a Catholic Church in the Diocese of Arlington, Virginia.

4. **CRISTANCHO** was dismissed from the Diocese of Arlington in or about 1997.

5. In or about 1999, **CRISTANCHO** was granted faculties to work as a priest in the Archdiocese of Baltimore, and he began work as an assistant priest in a Catholic Church in Harford County, Maryland.

6. From in or about 1999 through 2017, **CRISTANCHO** lived in Harford County, Maryland.

7. ████████████████████████████████████████████

1

8. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10. In or about July 2002, **CRISTANCHO** was removed from his position as a priest in Harford County, Maryland, and his faculties to act as a priest were revoked.

11. Following the suspension of his faculties to act as a priest, **CRISTANCHO** continued to host religious services in the homes of parishioners in Harford County, Maryland.

12. A minor male, Minor Victim 1, was a victim of the crimes alleged herein, in Count One. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

13. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

14. From in or about 2002 through 2003, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **CRISTANCHO** routinely sexually molested Minor Victim 1.

15. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

16. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

17. A minor male, "Minor Victim 2," was a victim of the crimes alleged herein, in Count Three. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

██████████████████████████████████████████████████████████████

██

18. A minor female, "Minor Victim 3," was a victim of the crimes alleged herein, in Count Three. ████████████████████████████████████████

████████████████████████████████████████████████████████

██

19. A minor female, "Minor Victim 4," was a victim of the crimes alleged herein, in Count Two. ████████████████████████████████

████████████████████████████████████████████████████████

████

20. A minor male, "Minor Victim 5," was a victim of the crimes alleged herein, in Counts Four, Five, Six and Seven. ████████████████████████

████████████████████████████████████████████████████████

████████████

## **COUNT ONE**
(Coercion and Enticement)

1. Paragraphs One through Fourteen of the General Allegations are realleged and specifically incorporated herein.

2. From on or about August 2002 through on or about January 2004, in the District of Maryland and elsewhere, the defendant,

**FERNANDO CRISTANCHO,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Minor Victim 1, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. §§ 2422(b), 2427
18 U.S.C. § 2

## COUNT TWO
(Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Eleven, Fiftenn, Sixteen, and Nineteen of the General Allegations are realleged and specifically incorporated herein.

2. On or about January 18, 2012, in the District of Maryland, the defendant,

**FERNANDO CRISTANCHO,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a series of eight (8) image files, which depict Minor Victim 4, a prepubescent minor female, naked and partially naked, one of which is focused on Jane Doe 1's exposed genitals, said image files having been stored on a SanDisk Micro SD card, S/N 3041DGPSQ17Y, a product of China.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT THREE
(Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Eleven and Fifteen through Nineteen of the General Allegations are realleged and specifically incorporated herein.

2. On or about December 27, 2012, in the District of Maryland, the defendant,

**FERNANDO CRISTANCHO**

did knowingly employ, use, persuade, induce, entice and coerce a minor male and a minor female to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a series of 15 image files, which depict Minor Victim 2, a minor male, and Minor Victim 3, a minor female, naked and partially naked, two of which are focused on Minor Victim 2's exposed genitals, and one of which is focused on Minor Victim 3's exposed genitals, said image files having been stored on a Walgreens SD card, S/N BE0829213508D, a product of China.

18 U.S.C. §§ 2251(a)
18 U.S.C. § 2

## COUNT FOUR
(Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Eleven, Fifteen, Sixteen, and Twenty of the General Allegations are realleged and specifically incorporated herein.

2. On or about March 10, 2015, in the District of Maryland, the defendant,

**FERNANDO CRISTANCHO,**

did knowingly employ, use, persuade, induce, entice and coerce a minor male to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a series of four (4) image files, which depict Minor Victim 5, a prepubescent minor male, naked and partially naked, at least one of which is focused on Minor Victim 5's exposed genitals, said image files having been stored on an iPhone 6s A1688, IMEI 355769073028319, a product of China.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT FIVE
(Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Eleven, Fifteen, Sixteen, and Twenty of the General Allegations are realleged and specifically incorporated herein.

2. On or about July 4, 2015, in the District of Maryland, the defendant,

### FERNANDO CRISTANCHO,

did knowingly employ, use, persuade, induce, entice and coerce a minor male to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a series of five (5) image files, which depict Minor Victim 5, a prepubescent minor male, naked and partially naked, at least one of which is focused on Minor Victim 5's exposed genitals, as Minor Victim 5 is touching his penis with both hands, said image files having been stored on an iPhone 6s A1688, IMEI 355769073028319, a product of China.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT SIX
(Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Eleven, Fifteen, Sixteen, and Twenty of the General Allegations are realleged and specifically incorporated herein.

2. On or about August 3, 2017, in the District of Maryland, the defendant,

**FERNANDO CRISTANCHO,**

did knowingly employ, use, persuade, induce, entice and coerce a minor male to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, two (2) image files and two (2) video files, which depict Minor Victim #5, a prepubescent minor male, naked, and are focused on Minor Victim 5's exposed genitals, said image and video files having been produced by and stored on an iPhone 6s A1688, IMEI 355769073028319, a product of China.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT SEVEN
(Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Eleven, Fifteen, Sixteen, and Twenty of the General Allegations are realleged and specifically incorporated herein.

2. On or about August 6, 2017, in the District of Maryland, the defendant,

**FERNANDO CRISTANCHO,**

did knowingly employ, use, persuade, induce, entice and coerce a minor male to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, three (3) image files and three (3) video files, which depict Minor Victim 5, a prepubescent minor male, naked, and are focused on Minor Victim 5's exposed genitals, said image and video files having been produced by and stored on an iPhone 6s A1688, IMEI 355769073028319, a product of China.

18 U.S.C. § 2251(a)
18 U.S.C. § 2

## COUNT EIGHT
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Twenty of the General Allegations are realleged and specifically incorporated herein.

2. On or about September 19, 2017, in the District of Maryland, the defendant,

**FERNANDO CRISTANCHO,**

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a SanDisk Micro SD card, S/N 3041DGPSQ17Y, a product of China, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## COUNT NINE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Twenty of the the General Allegations are realleged and specifically incorporated herein.

2. On or about September 19, 2017, in the District of Maryland, the defendant,

**FERNANDO CRISTANCHO,**

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a Walgreens SD card, S/N BE0829213508D, a product of China, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## COUNT TEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Twenty of the the General Allegations are realleged and specifically incorporated herein.

2. On or about September 19, 2017, in the District of Maryland, the defendant,

**FERNANDO CRISTANCHO,**

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a iPhone 6s A1688, IMEI 355769073028319, a product of China, which contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## COUNT ELEVEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Twenty of the the General Allegations are realleged and specifically incorporated herein.

2. From on or about July 4, 2015, through on or about September 19, 2017, in the District of Maryland, the defendant,

**FERNANDO CRISTANCHO,**

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did maintain a "Google" internet-based email and file storage account with the email address "fdocristancho@gmail.com," which account contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Counts One through Eleven of this Superseding Indictment are incorporated here.

2. As a result of the offenses set forth in Counts One through Eleven of the Superseding Indictment in this case, the defendant,

**FERNANDO CRISTANCHO,**

shall forfeit to the United States all property that was used and intended to be used to commit and to promote the commission of offenses in Counts One through Eleven, and any property traceable to such property, including but not limited to the following:

    a. SanDisk Micro SD card, S/N 3041DGPSQ17Y; and

    b. Walgreens SD card, S/N BE0829213508D; and

    c. iPhone 6s A1688, IMEI 355769073028319.

18 U.S.C. § 2253

 

                                                                          _____
                                                                          Robert K. Hur
                                                                          United States Attorney

A TRUE BILL

_____
Foreperson

Date: April____, 2019