IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: ELH-18-098 |
| FERNANDO CRISTANCHO | * | |
| Defendant. | | |

\*     \*     \*     \*     \*     \*     \*     \*

MOTION TO ORDER PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION
AND REPORT TO DETERMINE MENTAL COMPETENCY OF THE DEFENDANT AND
FOR HEARING, IF NECESSARY

The defendant, Fernando Cristancho, by and through his attorney, Joseph Murtha, Esquire, pursuant to Title 18 U.S.C. §4241(b) respectfully moves that the Court order that a psychiatric or psychological examination of the defendant be conducted and that any reports be filed with the Court. Following the submission of any reports schedule a hearing, if warranted, to determine the mental competency of the defendant, and in support thereof, states the following:

1. On February 1, 2018, an indictment was handed up by the grand jury sitting for the District of Maryland, charging the defendant with a single count of production of child pornography.

2. On August 1, 2018, the defendant appeared for an initial appearance. At that time the government moved for detention and on August 2, 2018, the Court entered an order of detention.

3. On or about April 24, 2019, a superseding indictment was handed up by the grand jury sitting for the District of Maryland charging the defendant with a single count of coercion and enticement of a minor, as well as counts of production of child pornography and possession of child pornography.

4. Mr. Cristancho has been detained since the date of his arrest on the underlying State charges which were the impetus for the federal charges filed in this matter. Since August 1, 2018, Mr. Cristancho has been detained in the custody of the United States Marshal Service since his initial appearance before this Court. Mr. Cristancho is currently being held at the Chesapeake Detention Facility in Baltimore, Maryland.

5. Undersigned counsel has regularly met with Mr. Cristancho, and within the past two months has observed a gradual deterioration of the Mr. Cristancho's mental health to such a degree that it has interfered with Mr. Cristancho's ability to effectively assist in his defense because of the inability to constructively participate in discussions about the resolution of this matter. Undersigned counsel believes that "there is reasonable cause to believe that the defendant may presently be suffering from a mental disorder or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and/or consequences of the proceedings against him or to assist properly in this defense." 18 U.S.C. §4241(a).

6. Counsel for Mr. Cristancho has offered to the government his observations of the defendant that are the basis for the expressed concern and reason for the filing of this request, and is willing to offer this information to the Court, if requested.

7. Undersigned counsel has advised the government, as well as the Court, of the intention to file this motion, and Paul Budlow, Assistant United States Attorney, has indicated that the government does not oppose the defendant's request.

8. The government has reviewed this request, as well as the accompanying order, and does not object to the form and substance of both documents.

WHEREFORE, counsel for Mr. Cristancho respectfully requests that the Court order a psychiatric or psychological examination and report and order that the defendant be forthwith transported to the appropriate Federal Bureau of Prisons facility for such examination.

Respectfully submitted,

_____-s-_____
Joseph Murtha
Federal Bar No. 23725
Murtha Psoras & Lanasa, LLC
1301 York Road, Suite 200
Lutherville, Maryland 21093
(410) 583-6969

Counsel for the Defendant
Fernando Cristancho

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, 2019, a copy of the foregoing Motion to Order Psychiatric or Psychological Examination and Report to Determine Mental Competency of the Defendant and for Hearing, if Necessary was sent by electronic transmission to Paul E. Budlow, Assistant United States Attorney, (Paul.Budlow@usdoj.gov) Office of the United States Attorney for the District of Maryland, 36 S. Charles Street, Suite 400, Baltimore, Maryland 21201.

_____-s-_____
Joseph Murtha

JM10270