

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul E. Budlow*  *Suite 400*  DIRECT: 410-209-4917
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.Budlow@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

November 27, 2019

The Honorable Ellen L. Hollander
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

    Re:    United States v. Fernando Cristancho
            Criminal #: ELH-18-098

Dear Judge Hollander:

    I write the Court to provide a status report in the above-referenced case. A couple of weeks ago, after finishing a lengthy trial, I learned through Mr. Murtha that the defendant was still at the Chesapeake Detention Facility. I subsequently contacted the U.S. Marshals Service ("USMS"), who were unaware of the Court's order committing Mr. Cristancho for a competency evaluation (Document 34, August 26, 2019). During the call, the USMS obtained a copy of the order and immediately requested that the Bureau of Prisons ("BOP") designate Mr. Cristancho to a facility for the evaluation. The BOP designated Mr. Cristancho to the Metropolitan Correctional Center in New York, and I have been informed that he departed to New York on Wednesday, and he is currently in Philadelphia awaiting final transport.

    Mr. Murtha and I have discussed the situation, and we expect that the Court will be notified of Mr. Cristancho's arrival at MCC-New York, and that the evaluation will begin shortly thereafter. Once Mr. Cristancho's arrival has been confirmed, I will submit a joint motion and order under the Speedy Trial Act for your consideration.

                Respectfully Submitted,

                Robert K. Hur
                United States Attorney

                Paul E. Budlow
                Assistant United States Attorney