

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul E. Budlow*  *Suite 400*  DIRECT: 410-209-4917
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.Budlow@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

April 21, 2020

Honorable Ellen L. Hollander
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      Re:    *United States v. Fernando Cristancho*,
             No. ELH-18-098

Dear Judge Hollander:

      I write on behalf of the parties in the above-referenced matter to provide a status report. The parties continue to be in discussions regarding resolution of this matter short of trial, and the parties thus request respectfully that the Court set a deadline of June 19, 2020 for the parties to provide the Court with a further status report.

      The parties have conferred and respectfully request that the Court set a further status report deadline of June 19, 2020.  Such a status report deadline will provide the parties necessary time to evaluate the case and to continue to explore whether a resolution short of trial may be reached; it likewise takes into account the delays and complications attendant with the ongoing COVID-19 pandemic.

      Very truly yours,

      Robert K. Hur
      United States Attorney

By: _____
      Paul E. Budlow
      Assistant United States Attorney

Cc:    Joseph Murtha, Esquire (by ECF)