**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

December 8, 2020

LETTER TO COUNSEL

Re:     *United States of America v. Fernando Cristancho*
        Criminal No.:  ELH-18-098

Dear Counsel:

This will confirm and amplify the substance of our discussions during the telephone conference held on December 7, 2020.  The following schedule shall govern this case.

1.  Defense motions are due by **April 9, 2021**.  The government's response is due by **April 30, 2021**.  The reply, if any, shall be due by **May 21, 2021**.

2.  Motions in limine are due by **April 20, 2021.**

3.  A motions hearing has been scheduled for **10:00 a.m. on June 11, 2021.**

4.  The parties shall submit joint proposed voir dire, joint proposed jury instructions, and a joint proposed verdict sheet by the close of business on **July 16, 2021**.  Of course, you may file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree.

    Copies of all submissions should be sent by Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov.  Please be sure to include a table of contents and "boilerplate" instructions with the proposed jury instructions.

5.  The Court will hold a pretrial conference on **September 10, 2021, at 4:00 p.m.**  If the defendant wishes to attend the pretrial conference, I ask defense counsel to provide notice to the Court by A**ugust 30, 2021**, so that arrangements may be made for a court reporter and courtroom deputy.  In the absence of such a request, the pretrial conference will be held in Chambers.

6.  Trial (jury, 3 weeks), will commence on **Monday, October 4, 2021.**  Counsel should report to my chambers at **9:30 a.m.** on that date.

7.  **Defense counsel must arrange for a *Lafler* hearing prior to the commencement of trial.  It is my understanding that you may contact the magistrate judge on duty for such a hearing.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge