IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. ELH-18-0098 |
| FERNANDO CRISTANCHO | |

**ORDER**

On August 27, 2021, the Court heard argument in connection with ECF 72, defendant's motion for severance, requesting severance of Count One from the remaining counts of the Second Superseding Indictment. A sealed version of the motion is at ECF 75.

For the reasons stated in open court, the severance motion is hereby DENIED.

So ORDERED, this 31st day of August, 2021.

/s/
Ellen L. Hollander
United States District Judge